**Antwan BENTHALL, Plaintiff-Appellant,**

v.

**Megan SMITH, Pretrial Case Manager, Defendant-Appellee.**

No. 17-7277

United States Court of Appeals, Fourth Circuit.

Submitted: January 18, 2018

Decided: January 23, 2018

Antwan Benthall, Appellant Pro Se.

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwan Benthall appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Benthall's motion to amend the case caption and affirm for the reasons stated by the district court. *Benthall v. Smith*, No. 1:17-cv-00959-TSE-TCB (E.D. Va. Sept. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*